# SHERIFF'S ENTRY OF SERVICE

COPY

APR 25 2024

Civil Action No. __24102514__

Date Filed __4-3-24__

Superior Court ☒
State Court ☐
Juvenile Court ☐
Magistrate Court ☐
Probate Court ☐

Georgia, __COBB__ COUNTY

Attorney's Address

P.o. Box 1081
Boynton Beach, FLORIDA 33425-

Banes, Leonardo A, Sr.

SERVE

_____ Plaintiff

VS.

The Home Depot, Inc

Name and Address of Party to be Served.
The Home Depot, Inc

2455 Paces Ferry Road

Atlanta, GEORGIA 30339 4024

_____ Defendant

_____ Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS**
☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION**
☒ Served the defendant __The Home Depot Inc__ a corporation by leaving a copy of the within action and summons with __Karl Chow__ in charge of the office and place of doing business of said Corporation in the County.

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of the same in the United States Mail, first class in an envelope property address to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this court.

This __18__ day of __April__, 20 __24__

_____ 2228
Deputy

# SUPERIOR COURT OF COBB COUNTY
# STATE OF GEORGIA

ID# 2024-0046488-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA
**24102514**
A. Gregory Poole - 52
APR 03, 2024 07:23 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

CIVIL ACTION NUMBER  24102514

$214.00 COST PAID

Banes, Leonardo A, Sr.

**PLAINTIFF**

VS.

The Home Depot, Inc

**DEFENDANT**

## SUMMONS

TO: THE HOME DEPOT, INC

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Leonardo Banes**

**P.o. Box 1081**
**Boynton Beach, Florida 33425**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 3rd day of April, 2024.**

Clerk of Superior Court



Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

Page 1 of 1

ID# 2024-0046487-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA
**24102514**
A. Gregory Poole - 52
APR 03, 2024 07:23 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

## In the Superior Court Of Cobb County State Of Georgia

BANES VS. HOME DEPOT

Leonardo Banes Sr.

*Leonardo Banes*

Petitioner

PO Box 1081

Boynton Beach, FL 33425

labanes@bellsouth.net

(561) 704-4226

March 27, 2024

Vs.

Home Depot

Respondent

2455 Paces ferry road
Atlanta, GA 30339

On Sunday October 15, 2023, I shopped and purchased merchandise at the Home Depot located at 65 Fairview Rd. in Ellenwood, GA. After making my purchases, me and a friend went to the store rental center, where I attempted to rent a home Depot truck to transport my purchases to my home located in Decatur, GA. When I approach the clerk to rent the truck, she advised me "the renter must have a driver license, major credit card, auto insurance, and be at least 21 years of age to rent a Home Depot truck", I advised the clerk I was totally blind, and I have a designated driver and meet all the requirements except for having a driver license because I am totally blind. The clerk informed she could not rent to me, because I am blind and did not have a driver license. I asked to speak to a manager. The manager stated when she arrived at the counter unless I meet the requirements as far as the Home Depot policy, she could not rent a Home Depot truck to me. I informed the manager; I have rented trucks several times before from Home Depot in the past and never had this issue. I stood around and ask the manager to check their store policy she replied" she could not rent or help me unless my driver met the requirements to rent the truck". Me and my friend walked away and made other arrangements to make 3 trips to transport the merchandise (2 vanities, exterior siding, and lumber material extended 12 feet) to my property located in Decatur, GA.

I am very unhappy with this incident, and it is unacceptable. This is a violation of the ADA American disability law title III. I have been a loyal customer of Home Depot for over 33 years and never been

treated or discriminated against nor being denied renting a home Depot truck myself having my designated driver as the driver.

I am seeking damages from Home Depot in the amount of $30,000, a retraction letter, and a policy put in place to ensure this will not happen to another blind person/disable person. This judgement is for being discriminated against, the violation of title of the ADA (American disabilities act), public humiliation, and the frustration I experienced during this ordeal.

ID# 2024-0046490-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA
**24102514**
A. Gregory Poole - 52
APR 03, 2024 07:23 PM

Connie Taylor, Clerk of Superior Court
Cobb County, Georgia

DISCLOSURE STATEMENT
CLERK OF SUPERIOR COURT

CASE NUMBER   24102514

**Banes, Leonardo A Sr.**
             Plaintiff

             Vs.

**The Home Depot, Inc;**
             Defendant

## TYPE OF ACTION

- ○ Divorce without Agreement Attached
- ○ Divorce with Agreement Attached
- ○ Domestic Relations
- ○ Damages Arising out of Contract
- ○ Damages Arising out of Tort
- ○ Condemnation
- ○ Equity
- ○ Zoning – County Ordinance Violations (i.e., Injunctive Relief-Zoning)
- ○ Zoning Appeals (denovo)
- ○ Appeal, Including denovo appeal – excluding Zoning
- ○ URESA
- ○ Name Change
- ☒ Other
- ○ Recusal
- ○ Adoption

## PREVIOUS RELATED CASES

Does this case involve substantially the same parties, or substantially the same subject matter, or substantially the same factual issues, as any other case filed in this court (Whether pending simultaneously or not)?

- ☒ NO
- ○ YES – If yes, please fill out the following:

    1. Case # _____

    2. Parties _____

    3. Assigned Judge _____

    4. Is this case still pending?   ○ Yes   ○ No

    5. Brief description of similarities:

/S/ __Banes, Leonardo_____
       Attorney or Party Filing Suit

ID# 2024-0046489-CV
**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**24102514**

A. Gregory Poole - 52
APR 03, 2024 07:23 PM

*Connie Taylor, Clerk of Superior Court*
*Cobb County, Georgia*

## General Civil and Domestic Relations Case Filing Information Form

☑ Superior or ☐ State Court of  Cobb  County

| For Clerk Use Only | |
|---|---|
| Date Filed 04-03-2024 | Case Number 24102514 |
| MM-DD-YYYY | |

**Plaintiff(s)**

Banes, Leonardo A, Sr.
Last        First        Middle I.        Suffix        Prefix

Last        First        Middle I.        Suffix        Prefix

Last        First        Middle I.        Suffix        Prefix

Last        First        Middle I.        Suffix        Prefix

**Defendant(s)**

The Home Depot, Inc
Last        First        Middle I.        Suffix        Prefix

Last        First        Middle I.        Suffix        Prefix

Last        First        Middle I.        Suffix        Prefix

Last        First        Middle I.        Suffix        Prefix

**Plaintiff's Attorney** _____ **Bar Number** _____ **Self-Represented** ☑

**Check one case type and, if applicable, one sub-type in one box.**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Garnishment
- ☑ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____          _____
Case Number                                    Case Number

☐ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.
I am totally blind and need all correspondence in an accessible format

Version 1.1.20

End of document