UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Entered as dismissed pursuant to Rule 41(a)(1)(i)(ii), F.R.C.P.
KEVIN P. WEIMER, Clerk
By: s/J. Underwood
Deputy Clerk
Date: 8/21/2024

| | |
|---|---|
| LEONARDO BANES SR., | ) |
| | ) |
| Plaintiff, | ) Case No. 1:24-cv-02167-VMC |
| | ) |
| v. | ) |
| | ) |
| THE HOME DEPOT, INC., | ) |
| | ) |
| Defendant. | ) |

### **DISMISSAL WITH PREJUDICE**

Plaintiff Leonardo Banes, Sr. authorizes and directs the Clerk of the Court to mark the above-styled action "Settled, Satisfied and Dismissed With Prejudice" upon the docket and records of the Court. Plaintiff Leonardo Banes, Sr. also expressly authorizes Rob R. Wheeler, counsel for Defendant The Home Depot, Inc., to file this Dismissal with the Court.

This 20th day of August, 2024.

Respectfully submitted,

*Leonardo Banes Sr.*
Leonardo Banes, Sr., *pro se*

P.O. Box 1081
Boynton Beach, Florida 33425

*/s/ Rob R. Wheeler*
Rob R. Wheeler

*/s/ Samantha R. Mandell*
Samantha R. Mandell

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LEONARDO BANES SR., ) | |
| ) | |
| Plaintiff, ) | Case No. 1:24-cv-02167-VMC |
| ) | |
| v. ) | |
| ) | |
| THE HOME DEPOT, INC., ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I certify that I have this date electronically filed the foregoing **DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system and served on Plaintiff via U.S. Mail to:

>Leonardo Banes, Sr., *pro se*
>P.O. Box 1081
>Boynton Beach, Florida 33425

This 20th day of August, 2024.

>*/s/ Rob R. Wheeler*
>Rob R. Wheeler
>
>*/s/ Samantha R. Mandell*
>Samantha R. Mandell